```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |  |
|---|---|---|
| ELAINE MCFARLAND | : | Civil No. 07-1829(FLW) |
|     Plaintiff, | : |  |
| v. | : | **O R D E R** |
| MARS, INCORPORATED et al. | : |  |
|     Defendant, | | |

It appearing that it has been reported to the Court that the above action has been settled in its entirety;

It is on this 25th day of June, 2008,

ORDERED THAT:

(1) This action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if the settlement is not consummated.

(2) If any party shall move to set aside this Order of Dismissal as provided in the above paragraph or pursuant to the provisions of <u>Fed. R. Civ. P.</u> 60(b), in deciding such motion the Court retains jurisdiction of the matter to the extent necessary to enforce the terms and conditions of any settlement entered into between the parties.

(3) All pending motions are dismissed as moot.

                                               s/Freda L. Wolfson
                                               FREDA L. WOLFSON
                                               United States District Judge